

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-14-00273-CV

**IN THE INTEREST OF M.G.C.,** A Child,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00323
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

The appellate record was due on May 21, 2014. The trial court clerk responsible for preparing the clerk's record filed a notification of late record on May 23, 2014, stating that appellant had failed to designate and pay for, or make payment arrangements for, the preparation of the clerk's record. On May 28, 2014, we ordered appellant to provide written proof that the clerk's record and reporter's record had been requested and that payment, or payment arrangements, had been made with the trial court clerk and the court reporter. Appellant has submitted written proof of payment or payment arrangements for both records. Accordingly, it is ORDERED that the clerk's record and the reporter's record are **due within thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court